ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

    - v. -                      :

MARVIN MCFOY, a/k/a "Ken,"      :   05 Cr. 1311

        Defendant.        :

- - - - - - - - - - - - - - - - x

        WHEREAS, the above-captioned indictment was returned by a grand jury, upon application of the government, ordered to be filed under seal; and

        WHEREAS, on November 5, 2007, the United States Marshals Service arrested the defendant; and

        WHEREAS the Government has requested that the above-captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as 05 Cr. 1311 be unsealed.

Dated: New York, New York
       November 5, 2007

SO ORDERED:

/s/ James C. Francis IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007